IN Regard to Luis Ruiz Sierra TDC#1933958
Cause# 1396147

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE
CLERK Cm

4-1-15

To: First Court of Appeals
01-14-00493-CR

Yes:

I would like to object the motion my appellate attorny "Jerald K. Graber" filed to with draw from my appeal. Cause#1396147, I feel like he was an infective council, and would like to object his motion and file for a brief on my own, I do not knew how to go abpu't doing that. and if you can not Pravide me with another council to file my appeal and time reduction then send me the proper motion's are aplication's I need to obtain another council, Jerald K. Graber was biyast and did not try to help me in any way, How do I Refile Appeal?, Retain new council? and file for time Reduction? Please send me the motion to file for brief and ing fective council, The Judge that found me Guilty I feel was unfair because I did not Recieve effective council, Please send me instructions, as well as any motion I need are go ahead and do it for me to Recieve New attorney, Refile appeal, time Reduction, as well as notify my consulf I need to speak with them. Because I dont understand, my nationality is Honduras. Please let me know something ASAP

Luis Ruiz Sierra - Pam Lyncher - 2350 Atascocita Rd
#1933958-TDC                    Humble, TX 77396

I also have argument ave, Facts regarding the Anders brief my lawyer filed before he with drew him self from my case, my Responce to the Anders brief my lawyer files is, he mis-repersented me and did not give any effort what's so ever to help me Please provide me with the steps, into and new lawyer that speaks espenal "spanish"

Thank You

Luis Ruiz Sierra #1933958
Pam Lynchner
2350 Atascocita Rd
Humble, Tx 77396

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE
CLERK

First Court of Appeals
301, Fannin.
Houston, Tx 77002

7700220866559